IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case 3:24-cr-00056-PDW |
| | ) | |
| Plaintiff, | ) | **DEFENDANT JORDAN BAILEY'S** |
| | ) | **MOTION FOR PRETIRAL RELEASE** |
| v. | ) | |
| | ) | |
| JORDAN DEVON BAILEY, | ) | |
| | ) | |
| Defendant. | ) | |

¶1   The Defendant Jordan Devon Bailey, by and through his attorney, Lynn M. Boughey, hereby makes a Motion for an Order Granting Pre-Trial Release.

¶2   Jordan Devon Bailey has made a motion to modify conditions of release in accordance with 18 U.S.C. § 3142(a)(2) and 18 U.S.C. § 3142 (c)(1)(B) from the Stutsman County Jail to his home (and the home of his fiancée) in Grand Forks, or in the alternative to Achieve Recovery Homes. **EXHIBIT 1 - Acceptance Letter from Achieve Recovery Homes.** Jordan has been accepted in Achieve Recovery Homes and if the probation officer so decides, he can be placed in Centre Inc. (according to the director of that facility per conversation with Attorney Boughey – assuming the federal government is not restricted by the number of federal pre-trial detainees that have already been released in the State).

¶3   Significantly, Jordan has qualified for residential treatment programming:

Jordan successfully completed a Comprehensive Assessment on 06/09/2025 with a Licensed Addiction Counselor. On 06/09/2025, Beth's Place Multidisciplinary Team staffed the above client. This client was deemed clinically appropriate to engage in **ASAM Level 3.1 Residential Treatment Programming**. The client was informed that his recommendation is valid until 12/09/2025.

**EXHIBIT 2 – Letter from Beth's Place Non-Residential Outpatient Treatment 6-9-25.**

¶4   Jordan himself provides his background and the reason for this motion:

First and foremost, I want to express my sincerest apologies to you, my family, and my children for my past actions. I take full responsibility for the choices I made, and I have spent the last two years in incarceration reflecting on my life and the impact of my decisions.

During my time away from society, I have learned invaluable lessons. I have completed a drug treatment program for my addiction, as well as a conflict resolution program, and I am one class away from obtaining my GED, which I plan to complete once I am free. I was attending church, to strengthen my relationship with God and to help me through my hard times. These experiences have equipped me with the tools to cope with challenges and de-escalate situations. I have gained a wealth of knowledge and wisdom that I am eager to share with my children, family and my fiancée.

At 28 years old, I have been in and out of the system since my teenage years. Growing up without a father figure, my mother did her best to guide me, teaching me the importance of hard work and staying out of trouble. Unfortunately, I fell in with the wrong crowd and struggled with addiction, which led to a series of poor choices. I have faced significant hardships, including violence and moments of despair, but through it all, I have sought guidance from God and have worked to find my way.

I deeply regret the time I have lost and the pain I have caused. I miss my freedom, my family, and most importantly my children. They are the greatest blessings in my life, and I want to be a positive influence for them. I want to teach them to be better than I was and to show them that their father loves them and is committed to changing for the better.

Since my incarceration, I have spent countless nights wishing I could be home with my family. I have distanced myself from the negative influences from my past and have focused on my personal growth. The thought of another man raising my children is unbearable, and I am determined to be there for them. I am grateful for my fiancée's love and support, which has been a constant source of encouragement and motivation for me. She has been there for me every step of the way reminding me that I do matter and my life has meaning.

I have also faced the loss of family members during my time away, which has been incredibly painful. Not being able to say goodbye or support my loved ones during their final moments has weighed heavy on my heart. When I am granted my freedom, my former boss from the oil field has offered me a job, and I am eager to return to work to provide for my family and be a law-abiding citizen.

I want to create lasting memories with my children, take them on trips, and to be the father they deserve. I have two years of missed moments to make up for, and I am

committed to showing you, my probation officer, my family, and most importantly my children, that I have changed.

My fiancée and I have discussed the possibility of speaking to troubled youth when I am released. I want to share my story and demonstrate how finding God transformed my life. I hope to guide young people through their own trials and tribulations, helping them make the right choices before it's too late. I want to positively contribute to my community and teach the youth the lessons I wish I had learned earlier. I have been speaking to the younger inmates that are housed with me and even though they didn't accept my help at first, they started to really listen and hear my story. I may not have all the tools or resources to help yet, but what I have learned I am trying to pass to them so hopefully they won't find themselves back in the situation they are in.

Your honor, it pains me to admit that I grew up in jail, but I have changed for the better. I humbly ask for another chance to prove to my family, my children, my fiancée and to you, how far I have come mentally and emotionally. I am not a bad person; I am simply someone who was lost but has now found his way and purpose in life.

Thank you for taking the time to listen to me. I appreciate your consideration and hope for the opportunity to demonstrate my commitment to a better life.

**EXHIBIT 3 - Letter of Support from Jordan.**

**¶5**     Jordan is also blessed with the support of friends and family, particularly his fiancée Amanda Guzman. Amanda says it best in her letter to the Court:

 My name is Amanda Guzman, and I am writing to you as Jordan Bailey's fiancée. I respectfully request your consideration for Jordan's pretrial release, with the possibility of being placed on house arrest at my home. I understand the seriousness of the situation, and he is willing to comply with any additional stipulations the court may deem appropriate.

Jordan has a unique opportunity to spend time with his son this summer. His son, who is now 5 years old, has not seen him since he was 3. Due to ongoing disagreements between Jordan and the child's mother, Jordan has faced significant challenges in maintaining a relationship with his son. Recently, the family relocated from North Dakota to Colorado, which presents a chance for Jordan to reconnect with his child.

While incarcerated, Jordan has demonstrated a commitment to personal growth by participating in anger management classes, drug treatment programs, and working towards his GED. Although he has not yet completed all the requirements for his GED, he is determined to finish the final class upon his release. I firmly believe that having the

opportunity to be a father to his son will play a crucial role in Jordan's rehabilitation and his commitment to becoming a law-abiding citizen.

Thank you for considering this request. I appreciate your time and understanding.

**Exhibit 4 - Letter of Support from Amanda Guzman as to Pre-Trial Release.**

¶6    Lastly, we know that one factor is the pretrial detainees ability to live in his residential home. As indicated by Amanda Guzman, he is indeed able to live in her home, and that home should be considered his residential home:

My name is Amanda Guzman, I own, and I reside at 5014 Copper Gate Drive, Grand Forks, ND 58203. I can be reached at 701-610-1048. Please note that we do not have a landline phone, but we do have internet access in our home. Our home consists of 4 bedrooms and 2 bathrooms. This is Jordan Bailey's permanent address.

Our household consists of myself, Jordan Bailey, and my children:

- DIG (son, born 4/12/2008)
- JDG (son, born 5/19/2014)
- SJEG (son, born 6/12/2015)
- DJG (son, born 2/15/2017)
- JMG (daughter, born 5/18/2018)

Jordan will be employed at my business, Pete and Amanda's Barbershop, located at 1325 Demers Ave, Grand Forks, ND 58201. Our operating hours are from 8:30 AM to 5:15 PM, Tuesday through Friday. As a barbershop, we operate on a walk-in basis, and while we take our last customers at 5:15 PM, we typically finish our services by around 7 PM.

Also, if he is released to the house, is he able to find other employment? He will have a job at my shop, but he does have opportunities for other work. My shop is very well known as I have spoken to some of my customers who own construction business and electrical companies and they said they would be able to give him a job as well

Thank you for your attention.

**EXHIBIT 5 - Amanda Guzman Statement Permanent Residence and a Job.**

¶7    Amanda runs a well-respected business (Salon) with her father (barber) in Grand Forks and they would gladly put Jordan to work there (while living in Amanda's home).

The defendant, Jordan Bailey, respectfully requests release on electronic home monitoring or personal recognizance, along with any other stipulations deemed necessary by the court.

Jordan has been incarcerated for over 20 months. During this time, he has demonstrated a strong commitment to his rehabilitation by completing a drug treatment class, a conflict resolution class, and is currently in the final stages of completing all courses for his GED. Additionally, he has actively participated in church services, further reflecting his dedication to personal growth and positive change.

Prior to his incarceration, Jordan was employed full-time in the oil fields and was actively involved in his son's life to the extent permitted by the child's mother. He has consistently shown responsibility by never missing a court date unless he was already in custody elsewhere. Jordan is not a flight risk; he has strong ties to North Dakota, particularly Grand Forks, where his fiancée and stepchildren reside. Upon his release, he plans to return to this community.

His fiancée, Amanda Guzman, operates a business in Grand Forks (Pete & Amanda's Barbershop) and serves on the State Board of Barber Examiners. Jordan's prolonged absence has resulted in significant emotional and financial strain on his family. He has missed valuable time with his son, who he hopes to spend the summer with, as well as important activities and sports with his stepchildren. Pretrial detention would cause irreparable harm to his family obligations and the progress he has made in his rehabilitation journey.

Jordan is fully committed to complying with all reasonable conditions of release, including but not limited to regular check-ins, electronic monitoring, and/or weekly urinalysis tests.

Thank you for considering this request for Jordan's release. We believe that allowing him to return home under monitored conditions will not only support his continued rehabilitation but also strengthen his family ties and responsibilities.

**EXHIBIT 6 - Jordan Bailey's points in support of pretrial release.** As shown by these points made by Jordan supporting his release, an added incentive for Jordan to do well on his release is the opportunity to see one of his son's this month until the child begins school (the child lives with the child's mother). <u>Special Note, Other Opportunities for Employment:</u> Not only would Jordan

be able to work at his fiancée's place of business, but he is also fully capable of doing other type of work, with, of course, permission of the pretrial probation officer. According to his fiancée Amanda Guzman, her shop is very well known and she has spoken to some of her customers who own construction businesses and electrical companies and they said they would be able to give Justin a job as well.

¶8    We would also like to make the Court aware that while at the Stutzman County jail Justin helped an inmate who was having a seizure on two separate occasions before staff came to take over.

¶9    Jordan has additional support from other family members and a good friend, which are attached for the Court's consideration:

>   Letter of Support from moma 5-31-25
>   Letter of Support from Kamarah Griffin (little sister)
>   Letter of Support from Kyoko Copeland (aunt)
>   Letter of Support from Japrajiah Frutos (cousin)
>   Letter of Support from Tyrone Jones (step pop)
>   Letter of Support from Payton Thibert-Gable (friend)

**EXHIBIT 7-12.** Lastly, Jordan provides the following certificates of completion:

- Completion of GED Social Studies 2-13-25
- Completion of Civics 12-17-24
- Completion for Cognitive Behavior Interventions fo Substance Abuse Treatment Program 4-11-25
- Completion of Conflict Resolution Program 5-14-25

**EXHIBIT 13 - Certificates of Completion.**

¶10    **Procedural Posture** Jordan was indicted on April 18, 2024 for five counts alleging a conspiracy to distribute drugs and other interrelated charges. **[1 & 2] Indictment 4-18-24.** Jordan was presumably placed in custody on April 29, 2024, the date of his "initial" initial appearance. **[9] Notice of Hearing 4-29-24.** Jordan's arraignment and initial appearance

occurred on June 3, 2024. **[43] Minute Entry for Proceedings 6-3-24.** On the same date, Magistrate Judge Alice R. Senechal issued an order of detention pending trial. **[46] Order of Detention 6-3-24.** A five-day jury trial was scheduled for May 6, 2025. **[104] Pretrial Order and Jury Trial Notice 2-28-25.** Attorney Boughey was appointed as a new counsel for Jordan on March 13, 2025, at which time Jordan made a motion to continue which is granted on April 11, 2025. **[111] Order Appointing CJA Counsel 3-13-25, 112 Motion to Continue 3-13-25, and 119 Order Granting Motion to Continue 4-11-25.**

¶11    <u>Conclusion</u> Jordan Bailey respectfully requests that the Court grant this motion to modify the conditions of release from the Stutsman County Jail to his home (and the home of his fiancée) in Grand Forks, or in the alternative to Achieve Recovery Homes, and that the Court approve transportation by Attorney Boughey, or if he is not available by his fiancée, Amanda Guzman.

¶12    Dated this 4th day of August, 2025.

/s/ Lynn Boughey
Lynn Boughey (#04046)
Attorney for Defendant
 Jordan Devon Bailey
lynnboughey@gmail.com
P.O. Box 1202
Mandan, ND 58545-1202
(406) 425-415